UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | 3:14-CR-2 |
| | ) | JUDGES JORDAN/SHIRLEY |
| JOHN A. AYERS | ) | |
| Also known as Blondie | ) | |

## **PROTECTIVE ORDER**

This matter having come before the Court upon the Motion of the United States of America for the entry of a protective order pursuant to 21 U.S.C. § 853(e)(1)(A), and it appearing to the satisfaction of the Court:

1.     That On January 14, 2014, a federal grand jury of this District returned an Indictment charging the defendant, JOHN A. AYERS, among others, with violations of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A), among other charges and alleging forfeiture allegations pursuant to 21 U.S.C. § 853.

2.     That the United States has moved, *ex parte,* for a Protective Order pursuant to 21 U.S.C. § 853(e)(1)(A) so as to preserve the *status quo* and prevent defendant, JOHN A. AYERS, from alienating, encumbering, or wasting the forfeitable property; and

3.     That based upon the Indictment and the Supporting Motion submitted by the United States, cause has been shown for the entry of a protective order to preserve the property located at 479 Poor Valley Rd, Rutledge, Tennessee, 37861 (hereinafter "real property") and more particularly described in Attachment A to this Order.

It is, therefore, the ORDER of this Court that this Protective Order issue as to the real property, incorporated herein by this reference, to wit:

The defendant, JOHN A. AYERS, his agents, servants, employees, attorneys, family members, those persons having any interest or control over the real property, and those in active concert or participation with the defendant, shall not, without approval of this Court upon notice to the United States and an opportunity for the United States to be heard:

a) alienate, dissipate, transfer, sell, assign, lease, pledge, encumber, or dispose of, in any manner, directly or indirectly;

b) cause to be alienated, dissipated, transferred, sold, assigned, leased, pledged, encumbered, or disposed of in any manner; or

c) take, or cause to be taken, any action which could have the effect of concealing or moving from the jurisdiction of this Court, or that would have the effect of depreciating, damaging or in any way diminishing the value of the real property named in Attachment A to this Order.

It is further ORDERED that if the real property has been or is transferred or disposed of by any means, the defendant, JOHN A. AYERS, shall account to the Court for the disposition of the property.

It is further ORDERED that defendant, JOHN A. AYERS, shall be served with a copy of this Order.

It is further ORDERED that the Clerk of this Court provide the United States Attorney's Office with a certified copy of this Order to record in the county records where the identified real property is located as soon as practical.

This order shall remain in effect until further Order of the Court or until the Court modifies the Order as appears necessary in the interest of justice and consistent with the purposes of 21 U.S.C. § 853.

ENTER:

R. LEON JORDAN
UNITED STATES DISTRICT JUDGE

Submitted for Entry:

WILLIAM C. KILLIAN
United States Attorney

By:     *s/Caryn L. Hebets*
        CARYN L. HEBETS
        Assistant United States Attorney
        800 Market Street, Suite 211
        Knoxville, Tennessee 37902
        (865) 545-4167

3

## ATTACHMENT A

Real Property known and numbered as **479 Poor Valley Rd, Rutledge, Tennessee 37861**, with all appurtenances, improvements, and attachments thereon, is more fully described as: Situated in the First Civil District of Grainger County, Tennessee, and being Map 40, Parcel 6.00, to wit:

### SECOND TRACT

BEING the land conveyed by Deed dated August 5, 1909 by Sarah Furgerson, et al, to Wm. Rose and wife situated in Poor Valley near Avondale Springs, and adjoining the lands of Jacob Furgerson and others:

BEGINNING on Allen Furgerson's corner in Lake's line, and running thence South 23.00 E 98 poles to the top of Poor Valley Knob at Will Rose's "Old Line"; thence a Northerly direction with said Rose's line to the Creek; thence with said creek to John Furgerson's Rock corner; thence an Eastwardly direction with W.H. Furgerson's and Allen Furgerson's line to the point of BEGINNING, containing Ten (10) acres, more or less.

This description was taken directly from the prior deed.

BEING the same property conveyed to Wilburn Collins, Jr. and wife, Patricia Collins, as tenants by the entirety from Billy R. Caldwell by Warranty Deed dated July 6, 2007 of record in Instrument Book 288, page 402 in the Register's Office for Grainger County, Tennessee.

SUBJECT TO the water rights conveyed in the Water Right Deed of record at Instrument Book 162, page 1010 in the Register's Office for Grainger County, Tennessee.

EXCEPTION: There is hereby EXCEPTED from the above-described property and not being conveyed hereby in any part of the following described property which is included in the above described boundary, which excepted tract of property has previously been conveyed to another owner, to wit:

SITUATED in the First Civil District of Grainger County, Tennessee.

BEGINNING at an iron pin located on the South side of Poor Valley Road and corner of the property of parties of the first part and Coffey; thence running Southwardly with property line of Coffey 75 feet to an iron pin; thence running with the property line of parties of the first part Westwardly 150 feet to an iron pin; thence continuing with property line of parties of the first part Northwardly 75 feet to an iron pin in Poor Valley Road; thence running with Poor Valley Road Eastwardly 150 feet to an iron pin, the point of BEGINNING. This description was taken directly from the prior deed.

Said Excepted Tract BEING the same property conveyed to Bennie Atkins and wife, Dixie Atkins by Warranty Deed from Archie Atkins, widower, dated August 14, 1987, and record at Instrument Book 162, page 163 in the Register's Office for Grainger County, Tennessee.

Being that property conveyed unto JOHN AYERS, by Warranty Deed of Wilburn Collins, Jr. and wife, Patricia Collins, dated June 28, 2012, and recorded in Instrument Book 330, at Page 912, in the Register's Office for Grainger County, Tennessee.